IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHAEL SIBLEY,

                              Petitioner,

      v.                                                  CASE NO. 23-3208-JWL

ROGER SOLDAN,

                              Respondent.

## MEMORANDUM AND ORDER

This matter is a pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by Petitioner Michael Sibley. It comes before the Court on Petitioner's motion to dismiss without prejudice to refiling within the applicable statute of limitations. (Doc. 3.) The Court has reviewed the motion and finds dismissal is proper under Federal Rule of Civil Procedure 41(a).

**IT IS THEREFORE ORDERED** that Petitioner's motion to dismiss (Doc. 3) is **granted** and this action is **dismissed without prejudice** under Fed. R. Civ. P. 41(a).

**IT IS SO ORDERED.**

DATED:   This 27th day of September, 2023, at Kansas City, Kansas.

                                                  S/ John W. Lungstrum

                                                  JOHN W. LUNGSTRUM
                                                  United States District Judge